United States District Court
Central District of Illinois

Jonathan Lee Riches,
Plaintiff

V.

AXSYS Technologies Inc.; First Solar company;
graham corp; Bureau of Prisons; FCI Pekin,
Defendants

HABEAS Corpus Relief under 28 USC 2241
Inadequate Conditions in the Bureau of Prisons

Plaintiff Jonathan Lee Riches brings this Habeas corpus Relief motion under 28 USC 2241 on 6-27-08, due to Harsh conditions in the Bureau of prisons. AXSYS Technologies Inc provides the B.O.P with Homeland security Equipment that puts my privacy in danger. First Solar provides electricity. FCI Pekin inmates threatened me with Bodily harm, I seek a restraining order. The manner in which my sentence was executed is unconstitutional. I have to go through a metal detector daily that gives me head aches. I'm denied Ibruprofen and my civil rights are violated under the 8th amendment for cruel and unusual punishment. The graham corp is contracted through FCI Williamsburg. I'm not provided proper medical care. My life faces imminent danger. I seek better humane conditions in Prison. Please help me.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

6-27-08
Jonathan Lee Riches