# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JONATHAN RICHES** ) | | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | | **AD TESTIFICANDUM** |
| ) | | |
| **vs** ) | | |
| ) | | **CASE NO. 08-2144** |
| **AXSYS, ET AL,** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** WILLIAMSBURG at SALTER, SOUTH CAROLINA.

      **WE COMMAND** that you produce the body of **JONATHAN RICHES**, Register No. **40948-018**, who is in your custody at WILLIAMSBURG before the United States District Court on **TUESDAY, SEPTEMBER 16, 2008 at 10:00 am. (Central Time)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: July 30, 2008

                                      PAMELA E. ROBINSON, CLERK
                                      UNITED STATES DISTRICT COURT

                                      BY: s/K. Wynn
                                          Deputy Clerk