E-FILED
Wednesday, 20 August, 2008  09:41:14 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JONATHAN RICHES,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-2144** |
| **AXSYS TECHNOLOGIES,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** WILLIAMSBURG FCI at SALTERS, S.C.

      **WE COMMAND** that you produce the body of **JONATHAN RICHES**, Register No. **40948-018**, who is in your custody at WILLIAMSBURG FCI before the United States District Court on **TUESDAY, SEPT. 16, 2008 AT 10:00 A.M. (CENTRAL TIME)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: AUGUST 20, 2008

                                             PAMELA E. ROBINSON, CLERK
                                             UNITED STATES DISTRICT COURT

                                             BY: s/K. Wynn
                                                 Deputy Clerk