United States District Court
Central District of Illinois

Jonathan Lee Riches,

Plaintiff

V.

AXSYS Technologies,

Defendants

CASE NO: 08-2144

FILED
SEP - 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## Notice of withdrawl of suit

Comes now Jonathan Lee Riches, in pro-se, moves this court to withdraw this Habeas corpus suit. I'm in South Carolina, this court has no jurisdiction. I mistakely filed this suit in the wrong federal court. I'm also scared to speak on telecommunication devices because of the radiation and spectrum static I read about in science magazine and I don't want my privacy invaded. The B.O.P. sold previous phone conversations of me on the telephone to CNN who featured me in a documentary titled CNN presents "How to Rob a bank", May 20, 2006. I impose my 5th amendment right not to speak on a teleconference. I'm pro-se, and I don't have a Lawyer. If this court does not withdraw this suit which I move for, then I file a motion for counsel. I move for counsel to represent me and speak on my behalf. I never been to Central Illinois and under Federal Rules of civil Procedure, a habeas corpus must be filed in the jurisdiction a inmate is confined at. That is Salters, S.C. I can refile this suit in S.C. or, if this court can transfer this suit to South Carolina. Plaintiff prays this court will grant this Motion for relief

respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

8-27-08